IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWIGHT D. TIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>GUARANTEE ELECTRICAL<br>CONSTRUCTION COMPANY,<br><br>Defendant. | Case No. 17-cv-764 JPG/SCW |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: May 23, 2018**         JUSTINE FLANAGAN, Acting Clerk of Court

                                **s/Tina Gray**
                                **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**